DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JOHN NICHOLAS LA CROIX,

Appellant

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-1408

————————————————

June 14, 2024

Appeal from the Circuit Court for Hillsborough County; Mark D. Kiser, Judge.

Anthony M. Candela of Candela Law Firm, P.A., Riverview, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cynthia E. Richards, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and VILLANTI and KHOUZAM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.